No. 146. DELANEY v. UNITED SERVICES LIFE INSURANCE Co., *ante*, p. 846;

No. 332. BOOKCASE, INC., ET AL. v. LEARY, COMMISSIONER OF POLICE OF THE CITY OF NEW YORK, ET AL., *ante*, p. 12;

No. 262, Misc. NORRIS v. UNITED STATES, *ante*, p. 871;

No. 411, Misc. HOARD v. DUTTON, ACTING WARDEN, ET AL., *ante*, p. 881;

No. 450, Misc. McCoy v. PRESTON, *ante*, p. 805;

No. 481, Misc. TSERMENGAS v. KROPP, WARDEN, *ante*, p. 805;

No. 502, Misc. COMLEY v. UNITED STATES, *ante*, p. 885; and

No. 509, Misc. BELCHER v. CALIFORNIA, *ante*, p. 886. Petitions for rehearing denied.

NOVEMBER 9, 1966.

No. 896, Misc. DAVIS v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA ET AL. Motion for leave to file petition for writ of habeas corpus dismissed pursuant to Rule 60 of the Rules of this Court.

NOVEMBER 14, 1966.

No. 216. NATIONAL LABOR RELATIONS BOARD v. ALLIS-CHALMERS MANUFACTURING CO. ET AL. C. A. 7th Cir. (Certiorari granted, *ante*, p. 810.) Motion to remove case from summary calendar denied. *Joseph L. Rauh, Jr., John Silard* and *Stephen I. Schlossberg* for International Union, UAW-AFL-CIO (Locals 248 and 401), on the motion.